FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

JUN 18 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN RE: A BLACK SAMSUNG GALAXY   *
ACTIVE 8                        *   CRIMINAL NO. W20-133M
CELLULAR TELEPHONE              *

### REQUEST FOR ISSUANCE OF WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America, by and through the Assistant United States Attorney for the Western District of Texas, and requests the Court issue a search warrant for the premises described above, based upon the attached affidavit of Obed Alvarado, Special Agent, Texas Department of Public Safety, Criminal Investigation Division. The undersigned certifies that he is an Attorney for the Government and has the authority to request the issuance of this warrant pursuant to Rule 41 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By:   MARK L. FRAZIER
      Assistant United States Attorney
      800 Franklin, Suite 280
      Waco, TX 76701
      (254) 750-1580